No. 89–1720. DOUGLAS v. STONE, SECRETARY OF THE ARMY. C. A. 9th Cir. Certiorari denied.

No. 89–1724. CELEBRITY WORLD, INC., ET AL. v. CELEBRITY SERVICE INTERNATIONAL, INC. C. A. 2d Cir. Certiorari denied.

No. 89–1725. PERRON v. GULF OIL CORP. C. A. 5th Cir. Certiorari denied.

No. 89–1733. FOREMAN v. AETNA CASUALTY & SURETY CO. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 89–1741. HAYSE v. BOARD OF TRUSTEES OF THE UNIVERSITY OF KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 89–1742. CHRISTMAS v. MARSON ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–1746. RELIANCE INSURANCE CO. v. GLADOS, INC. C. A. 11th Cir. Certiorari denied.

No. 89–1747. CHURCHILL, INFORMAL ADMINISTRATOR OF THE ESTATE OF CHURCHILL, ET AL. v. F/V FJORD ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–1750. LOCAL 4501, COMMUNICATIONS WORKERS OF AMERICA v. OHIO STATE UNIVERSITY ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 89–1751. EASTERN PUBLISHING & ADVERTISING, INC., T/A ARMED FORCES NEWS v. CHESAPEAKE PUBLISHING & ADVERTISING, INC., T/A THE MILITARY NEWS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–1752. MASON v. DEPARTMENTAL DISCIPLINARY COMMITTEE, APPELLATE DIVISION OF THE SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–1761. BARNETT ET AL. v. PETRO-TEX CHEMICAL CORP. ET AL. C. A. 5th Cir. Certiorari denied.